# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

SARA RODRIGUEZ,
an individual,

       Plaintiff,

v.

                                     Case No.: 8:26-cv-00588-KKM-LSG

AMSHER COLLECTION
SERVICES, INC.,
a foreign for-profit corporation,
EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company, and
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation,

       Defendants.

_____/

## NOTICE OF SCHEDULED MEDIATION

       PLEASE BE ADVISED that the parties have agreed to schedule mediation to be

held before the Gregory Holder, Esq. (certified mediator) on:

       **DATE AND TIME:**     **Thursday, November, 2026 at 1:30 P.M. ET**

       **LOCATION:**        **Remote Mediation via Video Conferencing**

Dated: June 8, 2026

                               Respectfully submitted,

                               **SWIFT LAW PLLC**

/s/ *Aaron M. Swift*
**Aaron M. Swift, Esq., FBN 0093088**
Jordan T. Isringhaus, Esq., FBN 091487
Sean E. McEleney, Esq., FBN 0125561
11300 4th Street North, Suite 260
St. Petersburg, FL  33716
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2026, I filed a true and correct copy of the above and foregoing *Notice of Mediation* via CM/ECF which will electronically serve all counsel of record:

/s/ *Aaron M. Swift*
Attorney for Plaintiff

2